

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 23, 2008

**BY FACSIMILE**
Honorable Barbara S. Jones
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Gonzalez et. al.,</u>
           08 Cr. __ (BSJ)

Dear Judge Jones:

    Enclosed please find Indictment 08 Cr. __ (BSJ), which was assigned to Your Honor yesterday. The Indictment charges four defendants, Robert Anthony Gonzalez, Khalil Williams, Rasheem Richardson, and Mark Franco, in six counts with (1) robbery conspiracy, (2) attempted robbery, (3) possessing a firearm in furtherance of the robbery conspiracy, (4) possession with intent to distribute narcotics (Gonzalez only), and (5) being a felon in possession of a firearm (Gonzalez and Williams). The defendants were previously presented on a complaint (08 Mag. 674) before Magistrate Judge Gorenstein on March 27, 2008.

    Arraignment is scheduled for Wednesday, April 30, 2008 at 11:00 a.m. in Magistrates' Court, and the first pre-trial conference is scheduled for Thursday, May 8 at 2:30 p.m. before Your Honor. The Government respectfully requests that time be excluded until that time in order for the Government to begin collecting discovery and for all parties to continue discussing a possible disposition of this case. Defense counsel Donald Yanella, Esq., has no objection to this request, and the Government has left messages but has not yet been able to speak with the other defense counsel.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/08
```

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *Marissa Molé*
Marissa Molé
Assistant United States Attorneys
(212) 637-2275

cc:  Alan Nelson, Esq.
      Donald Yanella, Esq.
      James Roth, Esq.
      Louis Aidala, Esq.
      Joan Palermo, Esq.

Encl.

*Application granted. In the interest of justice for the reasons stated above, speedy trial time is excluded from April 24, 2008 to May 8, 2008 pursuant to 18 U.S.C. §3161(h)(8)(A).*

**SO ORDERED**
Dated: 4/26/08
BARBARA S. JONES
U.S.D.J.