

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 30, 2008

**BY FACSIMILE**

Honorable Barbara S. Jones
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Gonzalez et. al.</u>,
             08 Cr. 363 (BSJ)

Dear Judge Jones:

    The first pre-trial conference in the above-referenced case was previously set for Thursday, May 8 at 11:30 a.m. However, at the arraignment earlier today, two of the defense counsel indicated that they could not be present at that time. Your Deputy, Ms. Cortes, indicated that Friday, May 9 at 2:30 p.m. may be a convenient time for the Court. The Government therefore respectfully requests that the conference be changed to that date. It is the Government's understanding that all defense counsel are available at that time.

                                Respectfully submitted,

                                MICHAEL J. GARCIA
                              United States Attorney

              By: *Marissa Molé*
                   Marissa Molé
                   Assistant United States Attorneys
                   (212) 637-2275

cc:    Alan Nelson, Esq.
       Donald Yanella, Esq.
       James Roth, Esq. & Michael Hurwitz, Esq.
       Louis Aidala, Esq. & Joan Palermo, Esq.

*Application granted. Conference is adjourned to May 9, 2008 at 2:30PM.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

SO ORDERED _____
Dated:       BARBARA S. JONES
               U.S.D.J.
5/5/08

TOTAL P.02