UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | **ECF CASE** |
| ) | |
| ) | **NOTICE OF APPEARANCE AND** |
| v. ) | **REQUEST FOR ELECTRONIC** |
| ) | **NOTIFICATION** |
| ROBERT GONZALEZ, et al., ) | |
| ) | **08 Cr. 363 (BJS)** |
| Defendants. ) | |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as an additional Lead Filing User (representing the United States Attorney's Office) to whom Notices of Electronic Filing will be transmitted in this case.

Dated:  New York, New York
        August 22, 2008

                Respectfully submitted,

                MICHAEL J. GARCIA
                United States Attorney for the
                Southern District of New York


            By:   s/Jillian B. Berman
                Assistant United States Attorney
                W: (212) 637-2197
                F: (212) 637-0084
                Jillian.b.berman@usdoj.gov

TO:    Defense Counsel

## CERTIFICATE OF SERVICE

       Jillian B. Berman deposes and says:

       That she is employed in the Office of the United States Attorney for the Southern District of New York; and

       That on August 22, 2008, she caused to be served a copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION to be filed via Electronic Filing, thereby sending notice to the following Counsel of Record:

Alan M. Nelson
3000 Mancus Ave
Suite 1E5
Lack Success, NY 11042
(516) 328-6200
Email: anelsonlaw@aol.com


Donald Yannella P.C.
7 Dey Street, Suite 803
New York, NY 10007
(212) 226-2883
Fax: (212) 226-2861
Email: yannellaesq@yahoo.com

Louis R. Aidala
546 Fifth Avenue
6Th Floor
New York, NY 10036-5000
(212) 750-9700
Fax: (212) 750-8297
Email: lraidala@aol.com


Michael Hurwitz
Hurwitz Stampur & Roth (NY)
299 Broadway, Suite 800
New York, NY 10007
(212) 619-4240
Fax: (212) 619-6743
Email: hurwitzm@gmail.com

       I declare under penalty of perjury that the foregoing is true and correct.  28 U.S.C. Section 1746.

                                 By:    <u>s/Jillian B. Berman</u>
                                           Jillian B. Berman
                                           Assistant United States Attorney

Executed on:  August 22, 2008
                  New York, New York